THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| THOMAS KELLY MCGINNIS, #A4013561, | ) ) | CIV. NO. 19-00625 DKW-WRP |
|---|---|---|
| Plaintiff, | ) ) ) ) | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | ) ) | |
| DEBRA TAYLOR, STAFF ACO, MAUI CORRECTIONAL CENTER, PUBLIC SAFETY, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court is Plaintiff Thomas Kelly McGinnis' Application to Proceed In Forma Pauperis by a Prisoner ("IFP Application"). ECF No. 2. McGinnis' IFP Application lacks: (1) certification by prison officials regarding the amount currently in his account; and (2) an account statement for the preceding six months showing all deposits and withdrawals during that period. *See* 28 U.S.C. § 1915(a)(2). The IFP Application is therefore DENIED as incomplete.

McGinnis is DIRECTED to submit a complete IFP Application that contains the information listed above on or before December 13, 2019. Failure to timely do so will result in **automatic dismissal** of this suit without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995). The Court will take no action on McGinnis' submissions in this case until he has either

paid the $350 civil filing fee and $50 administrative fee for commencing this action or is granted IFP status.

The Clerk is DIRECTED to send McGinnis an Application to Proceed In Forma Pauperis by a Prisoner so that he can comply with this Order.

IT IS SO ORDERED.

DATED: November 27, 2019 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

<u>Thomas Kelly McGinnis v. Debra Taylor et al</u>; Civil No. 19-00625 DKW-WRP;
**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

*McGinnis v. Taylor,* No. 1:19-cv-00625 DKW-WRP; ifp '19 McGinnis 19-625 (incompl 1983)